An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIN, LLC, A NEVADA LIMITED
LIABILITY COMPANY,

                Appellant,

vs.

ROYAL BUSINESS BANK, A
CALIFORNIA CORPORATION,

                Respondent.

No. 65286

**FILED**

NOV 18 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.[1] The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

---

[1]The parties also request that this court remand this matter to the district court for further proceedings. Upon the dismissal of this appeal, jurisdiction over the underlying case returns to the district court, rendering a remand unnecessary.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-35268

cc: Hon. Mark R. Denton, District Judge
Michael H. Singer, Settlement Judge
Marquiz Law Office
Snell & Wilmer, LLP/Las Vegas
Eighth District Court Clerk